IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Francesco Lazzarini,                    :
                    Appellant          :
                                        :
        v.                              :        No. 1825 C.D. 2017
                                        :
The Board of Supervisors of             :
Bushkill Township                       :

# **O R D E R**

NOW, February 27, 2019, having considered appellant's application for reargument and appellee Board of Supervisors of Bushkill Township's answer in response thereto, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge